| | |
|---|---|
| 1 | Amanda C. Sommerfeld (SBN 185052) |
| | asommerfeld@jonesday.com |
| 2 | JONES DAY |
| | 555 South Flower Street, Fiftieth Floor |
| 3 | Los Angeles, CA  90071.2300 |
| | Telephone:     +1.213.489.3939 |
| 4 | Facsimile:      +1.213.243.2539 |
| 5 | Don Munro (admitted *pro hac vice*) |
| | dmunro@jonesday.com |
| 6 | JONES DAY |
| | 51 Louisiana Avenue, N.W. |
| 7 | Washington, D.C.  20001.2113 |
| | Telephone:     +1.202.879.3939 |
| 8 | Facsimile:      +1.202.626.1700 |
| 9 | Charles W. Shewmake (SBN 316230) |
| | charles.shewmake@tklaw.com |
| 10 | THOMPSON & KNIGHT LLP |
| 11 | 707 Wilshire Blvd., Suite 4100 |
| | Los Angeles CA 90017 |
| 12 | Telephone:     +1.214.969.2122 |
| | Facsimile:      +1.214.969.1751 |
| 14 | Attorneys for Defendant |
| 15 | BNSF RAILWAY COMPANY |
| 16 | *(additional counsel on next page)* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| HENRY SUMLIN and BRIAN LEE, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| | Case No. 5:17-CV-02364-JFW (KKx) |
| Plaintiffs, | **NOTICE OF LODGING OF:** |
| v. | **[PROPOSED] FINAL JUDGMENT OF DISMISSAL** |
| BNSF RAILWAY COMPANY, a Delaware Corporation; and DOES 1-50, | Complaint filed:  November 22, 2017 |
| Defendants. | |

1  ACKERMANN & TILAJEF, P.C.
   Craig J. Ackerman (SBN 229832)
2  cja@ackermanntilajef.com
   Sam Vahedi (SBN 282660)
3  cja@ackermanntilajef.com
   1180 South Beverly Drive, Suite 610
4  Los Angeles, California 90035
   Telephone:  (310) 277-0614
5  Facsimile: (310) 277-0635

6  WINSTON LAW GROUP, P.C.
   David S. Winston, Esq. (SBN 301667)
7  david@employmentlitigators.com
   1180 South Beverly Drive, Suite 610
8  Los Angeles, California 90035
   Phone: (424) 288-4568
9  Fax: (424) 532-4062

10 MELMED LAW GROUP P.C.
   Jonathan Melmed (SBN 290218)
11 jm@melmedlaw.com
   1180 South Beverly Drive, Suite 610
12 Los Angeles, California 90035
   Telephone: (310) 824-3828
13 Facsimile: (310) 862-6851

14
   *Attorneys for Plaintiffs and the Putative Classes*
15

NOTICE OF LODGING: [PROPOSED]
FINAL JUDGMENT OF DISMISSAL
CASE NO. 5:17-CV-02364-JFW (KKx)

**TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD:**

Pursuant to the Court's Order of April 10, 2018, (ECF No. 66), Defendant BNSF Railway Company and Plaintiffs Henry Sumlin and Brian Lee hereby lodge the parties' **[Proposed] Final Judgment of Dismissal**. A Microsoft Word version of the lodged document will be emailed to the Court pursuant to Local Rule 5-4.4.2.

As directed by the Court, the parties met and conferred regarding this proposed judgment on April 12, 2018, and jointly present this proposed judgment for the Court's consideration.

Dated:  April 12, 2018         */s/ Craig J. Ackermann*
                               Craig J. Ackermann

                               *Attorneys for Plaintiffs and the Putative Classes*

Signature Attestation

I, Amanda Sommerfeld, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 12, 2018         */s/ Amanda C. Sommerfeld*
                               Amanda C. Sommerfeld

                               Attorneys for Defendant
                               BNSF RAILWAY COMPANY