JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| HENRY SUMLIN and BRIAN LEE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation; and DOES 1-50,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. 5:17-CV-02364-JFW (KKx)<br><br>**JUDGMENT OF DISMISSAL**<br><br>Complaint filed: November 22, 2017 |

On April 10, 2018, the Court issued an Order granting Defendant BNSF Railway Company's Motion for Judgment on the Pleadings and dismissing Plaintiffs Henry Sumlin and Brian Lee's claims in their entirety, with prejudice.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, in accordance with and for the reasons stated in the Court's April 10, 2018 Order, Final Judgment is entered in favor of Defendant BNSF Railway Company and against Plaintiffs Henry Sumlin and Brian Lee. Plaintiffs' First Amended Complaint is dismissed, as to all of its causes of action, with prejudice.

Each party will bear their respective costs, including attorneys' fees and other costs associated with the litigation before this Court.

IT IS SO ORDERED.

Dated: April 16, 2018.

_____
Honorable John F. Walter
United States District Judge